UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 13 B 28333 |
| | CHAPTER 13 |
| Steve O'Neill | |
| Mary Kay O'Neill | JUDGE DONALD R CASSLING |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  WELLS FARGO HOME MORTGAGE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 19 | 39 | XXXXXX6749 | $16,316.61 | $3,000.00 | $3,000.00 |
| Total Amount Paid by Trustee | | | | | $3,000.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit        **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-28333-DRC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 10th day of October, 2018.

Debtor:
Steve O'Neill
Mary Kay O'Neill
1821 Cottington Dr.
Schaumburg, IL 60194

Attorney:
CHANG & CARLIN
1305 REMMINGTON RD # C
SCHAUMBURG, IL 60173
via Clerk's ECF noticing procedures

Creditor:
WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS
MAC X2501 01F
DES MOINES, IA 50328-0001

Mortgage Creditor:
NATIONSTAR MTG
% FREEDMAN ANSELMO LINDBERG
1771 W DIEHL RD #120
PO BOX 3228
NAPERVILLE, IL 60566

Mortgage Creditor:
NATIONSTAR MORTGAGE
PO BOX 630267
IRVING, TX 75067

Mortgage Creditor:
NATIONSTAR MORTGAGE LLC
% MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH 43216-5028

Mortgage Creditor:
ANSELMO LINDBERG OLIVER
1771 W DIEHL RD #120
NAPERVILLE, IL 60563

Creditor:
SPARTA GP HOLDING CORP
% WELLS FAGO BANK NA
3476 STATEVIEW BLVD MAC D3347-014
FORT MILL, SC 29715

ELECTRONIC SERVICE - United States Trustee

Date: October 10, 2018

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603